# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

     **v.**

NICOLE MORAD

CASE NO. 8:24 cr 299 vmc-spf

21 U.S.C. § 841(a)(1)

## INFORMATION

The U.S. Attorney charges:

### COUNT ONE
### (Possession with Intent to Distribute Controlled Substances)

JUN 27 2024 PM 4:43
FILED - USDC - FLMD - TPA

On or about September 29, 2023, in the Middle District of Florida, and elsewhere, the defendant,

### NICOLE MORAD

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

### COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

On or about December 5, 2023, in the Middle District of Florida, and elsewhere, the defendant,

### NICOLE MORAD

did knowingly and intentionally possess with intent to distribute controlled substances.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1.    The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.    Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.    If any of the property described above, as a result of any acts or omissions of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property, which cannot be divided without difficulty,

2

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p).

ROGER B. HANDBERG
United States Attorney

By: _____
Michael R. Kenneth
Assistant United States Attorney

By: _____
FOR   James C. Preston
Assistant United States Attorney
Chief, Violent Crime and Narcotics Section

3