**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:24-cr-299-VMC-SPF | DATE: May 1, 2025 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| | **GOVERNMENT COUNSEL** Micheal Kenneth |
| **UNITED STATES OF AMERICA** v. **NICOLE MORAD** | Roger Futerman and Cal David Raubolt |
| **COURT REPORTER:** Lori Cecil Vollmer | **DEPUTY CLERK:** Magaly Justiniano |
| **TIME:** 1:31 PM – 2:46 PM  **TOTAL:** 1 hr, 15 mins | **COURTROOM:** 14B |
| | **PROBATION:** Daia Jung |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Called to order.

Statements made by counsel.

Defendant is adjudged guilty on Counts One and Two of the Information.

Defendant's Oral Motion for Downward Variance is granted in part for the reasons stated on the record.

John McEvoy made statements on behalf of the defendant.

Defendant chose to allocute.

Imprisonment: **SEVENTY (70) MONTHS. This term consists of a 70-month term as to Count one and a 70-month term as to Count two, all such terms to run concurrently.**

The Court makes the following recommendations to the Bureau of Prisons:

- Defendant be housed at FCI Coleman.
- Defendant be allowed to participate in business management educational and vocational programs and any programs deemed appropriate by the Bureau of Prisons.

- Defendant be allowed to receive culinary arts vocational training.

Supervised Release: **ONE (1) YEAR. This term consists of a 1-year term as to Count One and a 1-year term as to Count Two, all such terms to run concurrently.**

Fine is waived.

Special Assessment: **$200.00** to be paid immediately.

Special conditions of supervised release:

- Defendant shall participate as directed in a program for **mental health treatment** approved by the probation officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the probation office's sliding scale for mental health treatment services.
- The defendant shall submit to a search.
- The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year.  Defendant shall refrain from any unlawful use of a controlled substance.  Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.
- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

United States Motion for 5k.1 based upon substantial assistance is granted for the reasons stated on the record.

Defendant advised of right to appeal and to counsel on appeal.

## GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 31 |
| Criminal History Category: | I |
| Imprisonment Range | 108 months-135 months |
| Supervised Release Range | 1 year-3 years |
| Restitution: | n/a |
| Fine Range | $30,000-$2,000,000 |
| Special Assessment | $200.00 |